IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

01 MAY 21  PM 12: 41

DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**

MAY 2 1 2001

RONNIE McCLAIN,  )
  )
  Plaintiff,  )
  )
vs.  )   CV 01-C-0611-W
  )
WARDEN JOHN NAGLE, et al.,  )
  )
  Defendants.  )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 25, 2001, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The

plaintiff filed objections to the report and recommendation on May 9, 2001.

Plaintiff claims that he has been denied access to the courts during the past seven months

and states that he was seeking to prevent injury by asking for an injunction. Plaintiff complains that

the court did not address his motion for a permanent injunction. In *Lewis v. Casey*, 518 U. S. 343

(1996), the Supreme Court made it clear that, in order to prevail on a claim that his right of access

to the courts has been violated, an inmate must establish prejudice by "demonstrat[ing] that the

alleged shortcoming in the library or legal assistance program [or other alternative provided]

hindered his efforts to pursue a legal claim." 518 U.S. at 350. In order to prevail on his claim,

plaintiff must show actual injury, that is that prison officials actually impeded his pursuit of a non-

frivolous post conviction claim or civil rights action. Plaintiff must provide evidence of such

deterrence, such as a denial or dismissal of a direct appeal, habeas petition, or civil rights case that

results from actions of prison officials.   Mere allegations of denial of access to a law library is

inadequate.  *Sabors v. Delano*, 100 F. 3d 82, 84 (8th Cir. 1996).   Plaintiff has not supported his

claims with any evidence of actual injury.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation and the objections thereto, the Court is of the opinion that

the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED.   Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

DATED this ___21st___ day of ___May_____, 2001.

_____

U. W. CLEMON
UNITED STATES DISTRICT JUDGE